IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN ROSS MIALE,

    Petitioner,                    No. CIV S-07-0539 LKK GGH P

    vs.

C.E. FINN, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed in forma pauperis. Petitioner alleges that prison officials have refused to process his administrative appeals.

        The purpose of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is to challenge the validity of a conviction or sentence. The purpose of a civil rights action pursuant to 42 U.S.C. § 1983 is to challenge a condition of confinement. Because petitioner is challenging a condition of confinement, the court construes this action as a civil rights action. The petition is dismissed with leave to file a civil rights complaint. Following receipt of the complaint, the court will address petitioner's application to proceed in forma pauperis. The filing fee for a civil rights action is $350.

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.  This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

3     2.  The petition is dismissed with twenty days to file a civil rights complaint; the Clerk of the Court is directed to send petitioner the form for a civil rights complaint;

5     3. Following receipt of the complaint, the court will address the application to proceed in forma pauperis.

7 DATED: 4/6/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

10 mai539.ame